UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-90-D

| UNITED STATES OF AMERICA | } | |
|---|---|---|
| | } | |
| V | } | ORDER TO SEAL |
| | } | |
| ANDREW STEPHEN LAZETERA | } | |

On the motion to seal [DE 27] by defendant, and for good cause shown, it is hereby ORDERED that the defendant's [DE 27] be sealed until further notice by this Court.

IT IS SO ORDERED.

This the __1__ day of October 2015.

James C. Dever III
Chief United States District Court Judge