UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-90-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANDREW STEPHEN LAZETERA | ) | |

This matter is before the Court on the Unopposed Motion to Include Restitution in Judgment filed October 6, 2015.

For good cause shown, the court hereby grants the motion to include restitution in the amounts specified in the judgment in this matter.

So ordered this __7__ day of October, 2015.

JAMES C. DEVER, III
Chief United States District Judge